UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI



FILED

DEC 10 2015

DAVID CREWS, CLERK
BY_____

UNITED STATES OF AMERICA

v.

DETRICK DOYLE
ALTOREAN COURSE
CHRISTOPHER L. MCDOWELL

CRIMINAL NO. 4:15CR/57
18 U.S.C. § 922 (u)
18 U.S.C. § 924 (i)(1)
18 U.S.C. § 922 (j)
18 U.S.C. § 924 (a)(2)
18 U.S.C. § 2

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about March 4, 2015, **DETRICK DOYLE,** defendant herein, aided and abetted others, including D.J., a juvenile, to unlawfully steal and carry away one or more firearms which had been shipped or transported in interstate or foreign commerce and which were in the business inventory of Outlaw Sporting Goods, a Federal Firearms Licensee in Greenwood, Mississippi, to wit: Doyle accompanied D.J., a juvenile to Outlaw Sporting Goods, a Federal Firearms Licensee, knowing that DJ intended to burglarize the business of firearms, waited outside while DJ went into the store and stole approximately 37 guns (as described below), and then assisted DJ by carrying a bag of guns to a getaway vehicle, where the following guns were placed and transported away from the business:

  Taurus, Model 85, .38 caliber revolver, serial number FY61479;
  Taurus, Model 85, .38 caliber revolver, serial number FY61483;
  Taurus, 45/410 "The Judge" revolver, serial number HY966368;
  Taurus, 45/410 "The Judge" revolver, serial number HS927822;
  Taurus International, Model PT738TCP, .380 caliber pistol;

Walther, Model P22, .22 caliber pistol, serial number WA078187;
Walther, Model P22, .22 caliber pistol, serial number WA078188;
Walther, Model PPS, 9mm pistol;
Walther, Model PPQ M2, 9 mm pistol;
Glock GMBH, Model 21GEN4, .45 caliber pistol, serial number UWR475;
Browning, Model Buckmar, .22 caliber pistol;
HS Products (IM Metal), Model XDM, .40 caliber pistol;
Smith & Wesson, Model 637, .38 caliber revolver;
Smith & Wesson, Model M&P Bodyguard 380, .380 caliber pistol;
Smith & Wesson, Model 642, .38 caliber revolver;
Taurus, Model 627, .357 caliber revolver;
Taurus, Model Tracker 992, .22 caliber revolver;
Charter Arms, Model Pink Lady, .38 caliber revolver;
Charter Arms, Model Undercover, .38 special revolver, serial number 1502349;
Glock GMBH, Model 21 GEN4, .45 caliber pistol, serial number UWR485;
Glock GMBH, Model 21 GEN4, .45 caliber pistol, serial number UWR482;
Glock GMBH, Model 22GEN3, .40 caliber pistol, serial number KDP643;
Glock GMBH, Model 21, .45 caliber pistol;
Heritage Mfg, Inc., Model Rough Rider, .22 caliber revolver, serial number 195866;
Taurus, Model 17, 17 caliber revolver;
Smith & Wesson, Model 638, .38 caliber reolver;
Smith & Wesson, Model SW1911SC, .45 caliber pistol;
Smith & Wesson, Model M&P9, 9 mm pistol;
Charter Arms Model Undercover, .38 special revolver, serial number 1502348;
Armscor of the Phillipines (Squires Birmingham), Model Citadel, 9 mm pistol;
Walther, Model PPK/S, .22 caliber pistol;
Walther, Model PK380, .380 caliber pistol, serial number WB042032;
Walther, Model PK380, .380 caliber pistol, serial number WB037761;
Heritage MFG, Inc., Model Rough Rider, .22 caliber revolver, serial number 195867;
Heritage MFG, Inc., Model Rough Rider, .22 caliber revolver, serial number L58604;
Heritage MFG, Inc., Model Rough Rider, .22 caliber revolver, serial number L58606;
Uberti, Aldo, Model 1873 Cattleman, .22 caliber revolver;

all in violation of Title 18, United States Code, Section 922(u) and 924(i)(1).

## COUNT TWO

On or about March 4, 2015, in the Northern District of Mississippi, **DETRICK DOYLE and ALTOREAN COURSE,** defendants herein, did knowingly receive, possess, conceal, store and dispose of stolen firearms, which had been shipped or transported in interstate or foreign commerce, knowing or having reasonable cause to believe that the firearms were stolen, all in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT THREE

Between on or about March 4, 2015, to on or about May 6, 2015, in the Northern District of Mississippi, **CHRISTOPHER MCDOWELL**, defendant herein, did knowingly receive, possess, conceal, and store a stolen firearm, to wit, a Charter Arms, Model Undercover, .38 special revolver, serial number 1502349, which had been shipped or transported in interstate or foreign commerce, knowing or having reasonable cause to believe that the firearm was stolen, all in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

A TRUE BILL

_____ /s/ signature redacted
UNITED STATES ATTORNEY FOREPERSON