IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                        CAUSE NO.: 4:15CR151-SA

ALTOREAN COURSE                                              DEFENDANT

## ORDER GRANTING MOTION FOR RELEASE OF BOND

Presently before the Court is the first Motion For Release of Funds [91] posted on the Defendant's behalf. The Government does not oppose the motion. Upon due consideration, and in light of the unopposed nature of the Defendant's motion, the Court finds that the motion should be granted.

Therefore, it is hereby ORDERED that:

1)    the Motion For Release of Bond [91] is GRANTED; and

2)    the Clerk of the Court shall remit all funds used as security for this Defendant, $500.00, to Shellean Hardmon at the mailing address on file at the Clerk's Office.

SO ORDERED this 15th day of February, 2017.

_____
U.S. DISTRICT JUDGE